FILED

09/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0299

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0299

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ZACHARY ALAN RIVERS,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time,

and good cause appearing therefor, Appellee is granted an extension of time to

and including October 26, 2021, within which to prepare, serve, and file the State's

response.

**TKP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 24 2021